# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2459

_____

| | | |
|---|---|---|
| Lee Charles Millsap, Jr. | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Lee Collins, SATP Counselor, | * | Eastern District of Arkansas. |
| Cummins Unit, Arkansas Department | * | |
| of Correction, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:   July 7, 1999

Filed:   July 27, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Lee Charles Millsap, Jr., appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 action for failure to exhaust available administrative remedies. Upon a thorough review of the record, we conclude the district court's

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

dismissal of Millsap's complaint was proper. <u>See</u> 42 U.S.C. § 1997e(a). Accordingly, we affirm the district court's order, but modify it to reflect that the dismissal is without prejudice to Millsap's right to refile his complaint should he exhaust his administrative remedies. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.